# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SYLVESTER O. BARBEE,**                                                           **PLAINTIFF**
**ADC #131311**
**v.**                                  **4:20CV00123-BRW-JTK**

**DOC HOLLIDAY, et al.**                                                **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, this case is DISMISSED without prejudice, for failure to state a constitutional claim.

I certify that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of March, 2020.


                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE